BEFORE THE SECOND DIVISION, FEBRUARY 14, 1962

**No. 66462.**—The May Dept. Stores Co., Inc., Kaufmann Div., et al. *v.* United States, protests 61/1459, etc. (New York).

340

Opinion by LAWRENCE J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.